UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SAMUEL C. GARDNER, in his individual capacity, and in his capacity as Successor Trustee of The 2014 PB Living Trust<br><br>v.<br><br>GARY SINISE FOUNDATION | § § § § § § § § | CIVIL NO. 4:23-CV-99-SDJ |

# FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order filed February 7, 2024, (Dkt. #42), wherein the Court ordered that this case be dismissed with prejudice since all issues before the Court must be submitted to arbitration, the Court hereby issues its Final Judgment, effective upon entry.

It is therefore **ORDERED** that the above-captioned case is **DISMISSED with prejudice.**

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to close this civil case.

This Order constitutes an appealable final judgment.

**So ORDERED and SIGNED this 7th day of February, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE